**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Zakkary C. E.,

     Plaintiff(s),

v.

Frank Bisignano,

     Defendant(s).

Case No. 2:26-cv-01039-NJK

**Order**

It appears that this is Plaintiff's third social security appeal. *See* Docket No. 1-1 (identifying two earlier appeals). Plaintiff's counsel must consult Local Rule 42-1, which governs related cases. If the circumstances so warrant, notices of related cases must be filed by April 14, 2026.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1