TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ZAKKARY C. E., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:26-cv-01039-NJK <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the ALJ will further evaluate the medical opinion evidence; if warranted, further consider the residual functional capacity; take any further action needed to complete the administrative record; and issue a new decision for the period prior to September 8, 2025. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on July 14, 2026)
Attorney for Plaintiff

SIGAL CHATTAH
First Assistant United States Attorney

By: *s/ Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

IT IS SO ORDERED:

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2026